UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHILLIP DEAN, | Case No. 2:14-cv-02214-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| DAVID SAXE PRODUCTIONS, LLC, et al., | |
| Defendants. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1.   The ENE Conference currently scheduled for April 30, 2015, at 1:30 p.m. before the undersigned, is **VACATED** and **ADVANCED** to **Monday, April 27, 2015, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.   The deadline for chambers to receive the confidential ENE statements, currently due April 23, 2015, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., April 20, 2015.**

DATED this 8th day of April, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE